Lewis F. Hall, Appellant, *v.* Harry Schiff, Respondent.

*Appeal — reversal by Appellate Division upon facts — motion to withdraw appeal granted.*

Reported below, 179 App. Div. 699,

(Argued November 15, 1920; decided November 23, 1920.)

Motion for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 2, 1918, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

The motion was made upon the ground that the reversal was upon the facts and that, therefore, the Court of Appeals was without jurisdiction to review the same.

*Bertram L. Kraus* for motion.

*Stephen P. Anderton* opposed.

Motion granted on payment within ten days of costs of appeal and ten dollars costs of motion. Otherwise motion is denied, with ten dollars costs.